**Joe Allen KERN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37830.**

Missouri Court of Appeals,
Western District.

Jan. 20, 1987.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate convictions of murder in the second degree, § 565.004 RSMo 1978, and assault in the first degree, § 565.050 RSMo 1978, and

sentence to consecutive thirty- and ten-year terms of imprisonment, respectively.

Judgement affirmed. Rule 84.16(b).